# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2008

Clifford W. Taylor,
Chief Justice

137468

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re CRISHON VALDEZ, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

CHRISTINE VALDEZ,
       Respondent-Appellant.

SC: 137468
COA: 284081
Oakland CC Family Division:
07-740736-NA

_____/

      On order of the Court, the application for leave to appeal the September 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2008

_____
Clerk

s1028